[No. 10268–1–I.  Division One.  July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
JOHN LEMKE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04625–6, Arthur E. Piehler, J., entered
April 10, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Williams, J.

[No. 9985–0–I.  Division One.  July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDALL
GENE CARRIVEAU, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03831–8, Shannon Wetherall, J., entered
February 6, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Williams and Callow, JJ.

[No. 10332–6–I.  Division One.  July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
O. STERN, JR., *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. LLOYD
LEVELLE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–00385–2, Robert E. Dixon, J., entered
April 27, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Callow, J.